United States District Court
Southern District of Texas
**ENTERED**
May 04, 2026
Nathan Ochsner, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### LAREDO DIVISION

| | | |
|---|---|---|
| **JUAN CARLOS RIVERA GONZALEZ,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-676** |
| | § | |
| **MIGUEL VERGARA, *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus, (Dkt. No. 1), and Respondents' Motion for Summary Judgment, (Dkt. No. 7).

The Court **ORDERS** Petitioner to file supplemental briefing **by May 11, 2026**, that addresses the individualized facts supporting his asserted due process claim and liberty interest.

It is so **ORDERED**.

**SIGNED** on May 4, 2026.

John A. Kazen
United States District Judge