United States District Court
Southern District of Texas
**ENTERED**
May 22, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **JUAN CARLOS RIVERA GONZALEZ,** | § | |
| Petitioner, | § | |
| | § | |
| **V.** | § | CIVIL ACTION NO. 5:26-CV-00676 |
| | § | |
| **MIGUEL VERGARA, *et al.*,** | § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus, (Dkt. No. 1), and Respondents' Motion for Summary Judgment, (Dkt. No. 7).

Respondents filed various exhibits to support their motion for summary judgment. (Dkt. No. 8). The included I-213, or Record of Deportable/Inadmissible Alien, states that Petitioner "was arrested by the Texas Parks and Wildlife Department (TWPD) . . . for three (3) Counts of Conservation Violation, a Class C misdemeanor, and Tampering with Government Records, a State Jail Felony." (Dkt. No. 8-1 at 3). However, in Petitioner's Supplemental Brief, (Dkt. No. 10), Petitioner represents that he has no criminal history. (Dkt. No. 10 at 2).

Accordingly, the Court **ORDERS** Petitioner to file supplemental briefing **by May 29, 2026,** explaining the discrepancies between Petitioner's representations and Respondents' evidence.

It is so **ORDERED**.

**SIGNED** on May 22, 2026.

_____
John A. Kazen
United States District Judge